INFORMA PAUPERIS AFFIDAVIT
FRANK ISAAC HALL

| FRANK ISAAC HALL | ) | AFFIDAVIT IN SUPPORT OF |
| Petitioner | ) | REQUEST TO PROCEED IN FORMA |
|  | ) | PAUPERIS. |
| V | ) | Case No: _____ |
| WADESBORO POLICE DEPARTMENT, | ) | |
| ANSON COUNTY SHERIFF'S DEPARTMENT | ) | |
| et al, | ) | |
| Defendant. | ) | |

I, Frank Isaac Hall, being first duly-sworn, depose and say that I am the Petitioner/Plaintiff in the above-entitled case; that in support of my motion to Proceed without being required to prepay fee's, cost, or give security therefore, I state that because of my poverty I am unable to pay the cost of said proceeding or give security therefore; and that I believe I am entitled to relief. I further swear that responses which I have made to question and instructions below are true.

1. At the time I am not presently employed. I am an ADA recipient

2. Within the past 12 months I have received small portions as a gift from my sister and via friend of the family.

3. I do not own nor do I have money in a checking or savings account. the total amount in my inmate trust fund account is $1.47

4. I do not own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary house furnishings and clothing neither do I own.

AFFIDAVIT... TO PROCEED INFORMA PAUPERIS            PAGE 1 of 2
Case 3:23-cv-00106-MR   Document 1-1   Filed 02/21/23   Page 1 of 6

4. I have no dependants who are dependant on the Plaintiff for support while incarcerated. I am a ward of The State of North Carolina Department of Adult Corrections.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

Executed on  Feb 14, 2023  date.

Signed by  Frank Nall

Sworn and Subscribed before me this 14 day of Feb 2023

Julie Ducker
Notary Public

MY COMMISSION EXPIRES _____ 2023.

JULIE TUCKER
Notary Public, North Carolina
Catawba County
My Commission Expires
June 1, 2027

ATTACHED BELOW IS INMATE TRUST FUND ACCOUNT FORM.

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH CAROLINA

FRANK I. HALL
Plaintiff,

V.

WADESBORO POLICE DEPARTMENT,
ANSON COUNTY SHERIFF'S DEP-
ARTMENT ( And several unnamed
officers at the time involved in the
shooting.) Sued in their individual
and official capacities,
Defendants.

CASE NO: _____

SUMMONS

To: Several unnamed officers at the time of the suit involved in the shooting at all times revelant. Wadesboro Police Department 212 S. Rutherford st, Wadesboro N.C. 28170.

A Lawsuit has been filed against You.

Within twenty-one (21) days after service of this summons on you (not counting the day You received it). You must serve on the Plaintiff an answer to the attached complaint or a motion under rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the Plaintiff. Frank I. Hall # 1249805. A.X.C.I. 633 old Landfill rd. Taylorsville N.C. 28681. If you fail to do so. Judgment by default will be entered against You for the relief demanded in the complaint. You must also file Your answer or motion with the court.

Dated this 6th day of February 2023

_____
Clerk of Court

SUMMONS TO: WADESBORO POLICE DEPARTMENT.        Page 1 of 2

# CERTIFICATE OF SERVICE

I, Frank Hall, hereby certify that on the below date I submitted the original foregoing document to the clerk of court for Electronic case filing with the court and service upon the parties.

DATED this 14 day of Feb, 2023.

/s/ Frank Hall

Sworn and subscribed before me:
Julie Tucker
Notary Public
This 14 day of Feb 2023
my commission expires _____

JULIE TUCKER
Notary Public, North Carolina
Catawba County
My Commission Expires
June 1, 2027



SUMMONS TO: WADESBORO POLICE DEPARTMENT       PAGE 2 OF 2

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| FRANK I. HALL<br>Plaintiff, | CASE No: _____<br>SUMMONS |
| V | |
| WADESBORO POLICE DEPARTMENT,<br>ANSON COUNTY SHERIFF'S DEPARTMENT,<br>(And several unnamed officers at the<br>time involved in the shooting), SUED<br>in their individual and official capacities,<br>Defendants. | |

TO: Several unnamed officers at the time of the suit involved in the shooting at all times relevant. Anson County Sheriff's Department. 119 N. Washington St. Wadesboro N.C. 28170.

A Lawsuit has been filed against You.

Within twenty-one (21) days after service of this summons on You (not counting the day You received it). You must serve on the Plaintiff and answer to the attached complaint or a motion under rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the Plaintiff. Frank I. Hall # 1249805. A.X.C.I 633 old Land fill rd. Taylersville N.C. 28681. If You fail to do so. Judgement by default will be entered against You for the relief demanded in the complaint. You must also file Your answer or motion with the court.

Dated this __6th__ day of __February__ 2023

_____
Clerk of Court

SUMMONS TO: Anson County Sheriff's Department                    Page 1 of 2

CERTIFICATE OF SERVICE

I, Frank Hall, hereby certify that on the below date I submitted the original foregoing document to the clerk of court for Electronic case Filing with the court and service upon the Parties.

Dated this 14 day of Feb 2023.

/s/ Frank Hall

Sworn and subscribed before me:

_Julie Tucker_
NOTARY PUBLIC

This 14 day of Feb 2023.

My Commission Expires _____

JULIE TUCKER
Notary Public, North Carolina
Catawba County
My Commission Expires
June 19, 2027