Frank I. Hall #1249805
A.X.C.I.
633 old Land Fill Road
Taylorsville N.C. 28681

RECEIVED
Charlotte, NC
FEB 21 2023
Clerk, US District Court
Western District NC

Date: Feb 6th, 2023

United States District Court
P.O. Box 100
Taylorsville N.C. 28681

RE: FILING PRISONER COMPLAINT

Dear Clerk of Court:

    Please find enclosed the following:

1 - Criminal Summons

2 - Complaint [§1983]:

3 - Motion for Informa Pauperis:

4 - Motion for Appointment of Counsel; and

5 - Four copies requesting the Clerk c.c. to all and return a copy to Plaintiff stamped received.

Plaintiff has not enclosed the filing fee; Plaintiff anticipates I.F.P. motion will be Granted.

Sincerely:
Frank Hall
#1249805

Cover Letter to Clerk Frank G. Johns    Page 1 of 1