Frank Hall #1249805
633 Old Landfill Road
Taylorsville, NC 28681

Legal Mail
NEOPOST FIRST-CLASS MAIL
02/15/2023
US POSTAGE $002.22⁰
ZIP 28681
041L10259615

The Clerk of Court
Clerk Frank G. Johns
United States District Court
Room 210 Charles R. Jonas Building
401 West Trade Street
Charlotte, NC 28202

RECEIVED
Charlotte, NC
FEB 21 2023
Clerk, US District Court
Western District NC