UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:23-cv-00106-MR

| | |
|---|---|
| FRANK I. HALL, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | **ORDER** |
| ) | |
| BRADLEY DAVIDSON, et al., ) | |
| ) | |
| Defendants. ) | |

**THIS MATTER** is before the Court on Plaintiff's recent letter directed to the Clerk. [Doc. 28].

Pro se Plaintiff Frank I. Hall ("Plaintiff") is a prisoner of the State of North Carolina currently incarcerated at Alexander Correctional Institution in Taylorsville, North Carolina. On February 21, 2023, Plaintiff filed this action pursuant to 42 U.S.C. § 1983. [Doc. 1]. After amending his Complaint, Plaintiff's Fourth Amendment individual capacity excessive force claims passed initial review. [Docs. 15, 16]. On May 24, 2023, the Court struck a letter Plaintiff filed in this action because it included no case number and was directed to the Clerk. [Doc. 20; see Doc. 17]. The Court noted that the "letter [was] wholly improper" and admonished Plaintiff that "all documents filed in this case must include a case number at the top of the first page." [Id. at 2].

Citing the Order of Instructions sent to Plaintiff in this case, the Court also reminded Plaintiff that, "[l]etters sent to the Clerk of Court or Judge will not be answered. Only Motions will be ruled on by the Court." [Id. (citing Doc. 7 at ¶¶ 4-5)]. The Court admonished Plaintiff that, "**if he files further improper letters or other filings in this matter, they may be summarily stricken.**" [Id. at 3 (emphasis in original)].

Now before the Court is another improper letter by Plaintiff. This letter lacks a case number, is directed to the Clerk, and is unsigned. [See Doc. 28]. The Court will strike it. **Plaintiff is again cautioned that, if he files further improper letters or other filings in this matter, they may be summarily stricken**. Plaintiff is also admonished that he must sign all documents he files in this matter. Fed. R. Civ. P. 11(a).

## ORDER

**IT IS, THEREFORE, ORDERED** that Plaintiff's letter [Doc. 28] is hereby **STRICKEN** from the record in this matter

**IT IS SO ORDERED**.

Signed: September 18, 2023

Martin Reidinger
Chief United States District Judge